# United States Court of Appeals
## For the First Circuit

No. 19-2169

UNITED STATES OF AMERICA,

Appellee,

v.

BERNARD LINDSEY,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on June 29, 2021, is amended as follows:

On page 4, line 4, replace "CDP" with "CPD"